# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Fortin
      Plaintiff

V.

Aurora Loan Services LLC et al
      Defendant

CIVIL ACTION

NO. 11-10906-RGS

## ORDER OF DISMISSAL

STEARNS, D. J.

In accordance with the Court's allowance of the defendant's motion to dismiss on 8/9/11, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

8/10/11

Date

/s/ Elaine Flaherty

Deputy Clerk

(Dismissal Endo.wpd - 12/98)